UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00160-TWP-MJD |
| | ) | |
| CHRISTOPHER TODD DISHMAN, | ) -01 | |
| | ) | |
| Defendant. | ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construed as a Motion for Compassionate Release under the First Step Act of 2018. Dkt. 63. The Court appointed counsel to represent Defendant and stayed the case. Dkt. 64. CJA counsel appeared on Defendant's behalf, dkt. 65, but then withdrew, dkts. 71, 72.

After counsel withdrew, the Court concluded that Defendant's pro se Motion for Compassionate Release lacked sufficient information for the Court to conclude that he was entitled to compassionate release. Accordingly, on July 1, 2020, the Court ordered Defendant to supplement his motion by completing and returning the Court's form compassionate release motion by August 13, 2020. Dkt. 73. The Court warned Defendant that his Motion for Compassionate Release would be deemed abandoned and denied without prejudice if he did not return the form motion as directed. *Id.* The Court mailed its Order and the form motion to Defendant on July 2, 2020.

As of the writing of this Order, Defendant has not completed and returned the Court's form motion as required, and the deadline for doing so has passed. Accordingly, the Court deems Defendant's Motion for Compassionate Release abandoned, and the motion, dkt. [63], is **denied**

**without prejudice**. Nothing in this Order, however, prohibits Defendant from filing a new motion for compassionate release.

   **IT IS SO ORDERED.**

Date: 8/19/2020

                      _____
                      TANYA WALTON PRATT, JUDGE
                      United States District Court
                      Southern District of Indiana

**Distribution:**

Christopher Todd Dishman
Reg. No. 16657-028
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811

All Electronically Registered Counsel